UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SANZ, | No. 2:19-cv-2134-TLN-DB |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| CITY OF VALLEJO, et. Al., | |
| Defendant. | |

On January 25, 2023, this matter came before the undersigned for a settlement conference, via Zoom. Although plaintiff appeared for initial discussions, he left before the settlement conference was concluded. The Court, plaintiff's counsel, defendants' counsel, and defendants' principals all waited for plaintiff to return with an explanation for his absence. Plaintiff did not return, and the Court eventually adjourned the settlement conference. Plaintiff did not comply with the Court's instructions "to have a principal with full settlement authority present at the settlement conference." ECF No. 21.

Therefore, it is HEREBY ORDERED that plaintiff shall show cause within 14 days as to why he should not be sanctioned $500 for failure to comply with the Court's Order and participate fully in the settlement conference.

Dated: January 26, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE