1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL SANZ,                              No.  2:19-cv-2134 TLN DB

12                 Plaintiff,

13          v.                                   ORDER

14    CITY OF VALLEJO, et al.,

15                 Defendants,

16

17

18          This matter was referred to a United States Magistrate Judge.  On May 26, 2023, the

19    magistrate judge filed findings and recommendations herein which were served on all parties and

20    which contained notice that any objections to the findings and recommendations were to be filed

21    within fourteen days after service of the findings and recommendations.  The time for filing

22    objections has expired, and no party has filed objections to the findings and recommendations.

23          The Court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.

25    ///

26    ///

27    ///

28    ///

                                                 1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2023, (ECF No. 27) are ADOPTED IN FULL;

2. Plaintiff's Complaint filed October 22, 2019 (ECF No. 1) is DISMISSED without prejudice; and

3. This action is closed.

Dated:  July 24, 2023

Troy L. Nunley
United States District Judge

2